1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | F.G. CROSTHWAITE, et al.,           | Case No: C12-0733 SI
11 |                                      |
   |            Plaintiffs,               | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
12 |        v.                            |
13 | SUBSTRUCTURE SUPPORT, INC., a        |
   | California Corporation; TERRENCE     |
14 | PATRICK COWHEY, an individual; and   |
   | WESLEY DIAL, an individual,          |
15 |                                      |
16 |            Defendants.               |
17

18      PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs F.G.

19 CROSTHWAITE, et al., voluntarily dismiss, without prejudice, their claim against Defendants

20 SUBSTRUCTURE SUPPORT, INC., a California Corporation; TERRENCE PATRICK

21 COWHEY, an individual; and WESLEY DIAL, an individual.  Defendants have neither served an

22 answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed

23 any similar action against Defendants.

24      It is therefore requested that this action be dismissed without prejudice.

25      ///

26      ///

27      ///

28      ///

-1-
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**Case No.: C12-0733 SI**

P:\CLIENTS\OE3CL\Substructure Support Inc\Pleadings\C12-0733 SI - Dismissal 040912.DOC

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 9th day of April 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Blake E. Williams
Attorneys for Plaintiffs

**ORDER**

Based on the foregoing and GOOD CAUSE APPEARING, this action is dismissed, without prejudice, and all dates in this matter are hereby vacated. The court shall retain jurisdiction of the action.

IT IS SO ORDERED.

Dated:  4/11/12

_____
UNITED STATES DISTRICT COURT JUDGE

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

    1.    I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    2.    I am over the age of eighteen and not a party to this action.

    3.    On **April 9, 2012**, I served the following document(s):

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    4.    The envelopes were addressed and mailed as follows:

**Ronald K. Losch**
**Losch & Ehrlich**
**425 California Street #2025**
**San Francisco, CA 94104**

*Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **April 9, 2012**, at San Francisco, California.

                                                          /S/
                                                  Elise Thurman
                                                  Paralegal