Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | Case No: C12-0733 SI |
| Plaintiffs, | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| SUBSTRUCTURE SUPPORT, INC., a California Corporation; TERRENCE PATRICK COWHEY, an individual; and WESLEY DIAL, an individual, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs F.G. CROSTHWAITE, et al., voluntarily dismiss, without prejudice, their claim against Defendants SUBSTRUCTURE SUPPORT, INC., a California Corporation; TERRENCE PATRICK COWHEY, an individual; and WESLEY DIAL, an individual.  Defendants have neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

It is therefore requested that this action be dismissed without prejudice.

///

///

///

///

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 9th day of April 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Blake E. Williams
Attorneys for Plaintiffs

**ORDER**

Based on the foregoing and GOOD CAUSE APPEARING, this action is dismissed, without prejudice, and all dates in this matter are hereby vacated. The court shall retain jurisdiction of the action.

IT IS SO ORDERED.

Dated:  4/11/12

_____
UNITED STATES DISTRICT COURT JUDGE

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

    1.    I am a citizen of the United States and am employed in the County of San Francisco, State of California.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    2.    I am over the age of eighteen and not a party to this action.

    3.    On **April 9, 2012**, I served the following document(s):

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    4.    The envelopes were addressed and mailed as follows:

**Ronald K. Losch**
**Losch & Ehrlich**
**425 California Street #2025**
**San Francisco, CA 94104**

*Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **April 9, 2012**, at San Francisco, California.

                                           /S/
                               Elise Thurman
                               Paralegal